UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> V. <br><br> AUGUSTUS DYON SANFORD, <br><br> Defendant. | CRIMINAL NO. 5:11-80-KKC-CJS <br><br><br> **OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant's notice to withdraw. On February 27, 2020, Defendant Augustus Dyon Sanford filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. (DE 77.) On May 4, 2020, Defendant filed a notice stating that he wishes to withdraw that motion. (DE 80.)

Accordingly, the Court hereby ORDERS that Defendant's motion to vacate, set aside, or correct his sentence (DE 77) is DENIED as moot.

Dated May 8, 2020

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY